**UNITED STATES BANKRUPTCY COURT**

**MARYLAND**

| **VOLUNTARY PETITION (AMENDED)** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Legarda, Eric Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **1781** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**923 Lynham Court**<br>**Bel Air, Maryland**<br><br>ZIP CODE    **21014** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**HARFORD** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| [X] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other | [ ] Chapter 7    [ ] Chapter 15 Petition for<br>[ ] Chapter 9      Recognition of a Foreign<br>[ ] Chapter 11     Main Proceeding<br>[ ] Chapter 12    [ ] Chapter 15 Petition for<br>[X] Chapter 13      Recognition of a Foreign<br>               Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>[ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>[X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   [ ] Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| [X] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| [X] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [X] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [X] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition (AMENDED)**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Legarda, Eric Joseph** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |

| Location<br>Where Filed: **Baltimore, Maryland** | Case Number: **09-32379** | Date Filed: **November 17, 2009** |
|---|---|---|
| Location<br>Where Filed: **Baltimore, Maryland** | Case Number: **11-25735** | Date Filed: **August 1, 2011** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:   **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   __s/JohnP.Downs,Esq.       June 12, 2014__<br>Signature of Attorney for Debtor(s)       (Date)<br>**Bar No.: 023491** |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☐   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition (AMENDED) | Name of Debtor(s):  **Legarda, Eric Joseph** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/Eric Joseph Legarda**
_____
Signature of Debtor    **Eric Joseph Legarda**

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
**June 12, 2014**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X **s/JohnP.Downs,Esq.**
_____
Signature of Attorney for Debtor(s)
**John P. Downs, Esq.**
_____
Printed Name of Attorney for Debtor(s)
**Law Office of John P. Downs**
_____
Firm Name

**202 East Main Street**
**Elkton, Maryland 21921**
_____
Address
**(410) 398-0313**
_____
Telephone Number
**June 12, 2014**
_____
Date
**Bar No.: 023491**
**Fax: (410) 398-7605**
**E-mail: jdowns@jpdownslaw.com**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B6A (Official Form 6A) (12/07)

In re **Eric Joseph Legarda,** _____     Case No. ___**14-13593**_____
　　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　**(If known)**

# AMENDED - SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **Eric Joseph Legarda,**_____     Case No.   **14-13593**_____
             **Debtor**                                                         **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank checking account<br>Balance as of: 3/28/14 | | $1,847.08 |
| | | PNC Bank - checking account<br>Joint with son<br>Balance as of 3/25/14 | | $165.39 |
| | | TD Bank Account<br>Joint Savings account with Son<br>Not used on a regular basis<br>Account Balance as of: 4/11/14 | | $19.95 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | couch, 2 chairs, 4 beds, 2 computers, 4 drawer chest, dining room set, kitchen table, washer & dryer, 3 chests, stereo, 14 chairs, 4 desks, 14 lamps | | $6,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 8 pictures in frames | | $500.00 |
| 6. Wearing apparel. | | Clothing | | $500.00 |
| 7. Furs and jewelry. | | 6 watches and wedding band | | $600.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf Clubs<br>Hockey skates, football, baseball gloves, 3 bikes | | $725.00 |

B 6B  (Official Form 6B) (12/2007)

In re  Eric Joseph Legarda,                                          Case No.    14-13593
_____                    _____
                            **Debtor**                                              **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Policy through Employer - Pepsico<br>No cash surrender value | | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Pepsico 401K Account with Fidelity<br>Balance as of: 3/31/14 | | $58,607.19 |
| | | Pension with Fed Ex<br>Undetermined Balance - Cannot collect until age of 65 | | Unknown |
| | | AXA Equitable<br>Balance as of: 12/13/13 | | $4,674.86 |
| | | DHL Retirement Account<br>Balance as of: 5/22/14 | | $22,732.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  Eric Joseph Legarda,_____     Case No. ____14-13593_____
                              **Debtor**                                                                        **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Chevrolet Malibu | | $7,727.00 |
| | | 2002 Nissan Xterra | | $2,812.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Eric Joseph Legarda,**_____     Case No.     **14-13593**_____
                           **Debtor**                                              **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog | | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_3_ continuation sheets attached          Total ▶                                      | $107,410.47 |
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re **Eric Joseph Legarda,**_____     Case No. **14-13593**_____
                    **Debtor**                                                                  **(If known)**

# AMENDED - SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ◉ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $155,675.*
◉ 11 U.S.C. § 522(b)(2)
◉ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| PNC Bank - checking | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | $1,847.08 | $1,847.08 |
| PNC Bank - checking account | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | $165.39 | $165.39 |
| Household goods and furnishings | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | $1,000.00 | $6,500.00 |
| | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | $1,142.58 | |
| | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | $3,988.00 | |
| Artwork | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | $500.00 | $500.00 |
| Clothing | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | $500.00 | $500.00 |
| Misc. Jewelry | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | $100.00 | $600.00 |
| Sporting Goods | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | $725.00 | $725.00 |
| Life Insurance | Md. Code Ann., Insurance § 16-111(a) | Total Allowable Value | $0.00 |
| 401K Account | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | $58,607.19 | $58,607.19 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6C (Official Form 6C) (04/13)

In re  **Eric Joseph Legarda,**                                                        Case No.  **14-13593**
_____                                    _____
                              **Debtor**                                                                        **(If known)**

# AMENDED - SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Pension | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | Total Allowable Value | Unknown |
|---|---|---|---|
| AXA Equitable Balance as of: 12/13/13 | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | $4,674.86 | $4,674.86 |
| Retirement Plan | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | $22,732.00 | $22,732.00 |
| 2002 Nissan Xterra | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | $2,012.00 | $2,812.00 |
| TD Bank Account | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | $19.95 | $19.95 |

B 6D (Official Form 6D) (12/07)

**In re** Eric Joseph Legarda , **Case No.** 14-13593
         Debtor                                    (If known)

## AMENDED - SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Internal Revenue Service <br> 31 Hopkins Plaza, Rm 1150 <br> Attn: L. Jiggetts <br> Baltimore, MD 21201 | | | 5/9/2011 <br> Tax Lien <br><br> VALUE $ **Unknown** | | | | **$19,025.00** | |
| ACCOUNT NO. <br> Lendmark <br> 582 Baltimore Pike <br> Bel Air, MD 21014-4331 | | | 2002 Nissan Xterra <br><br> VALUE $ **$2,812.00** | | | | **$2,330.73** | **$0.00** |
| ACCOUNT NO. <br> Santander Consumer USA <br> PO Box 105255 <br> Atlanta, GA 30348-5255 | | | 2011 Chevrolet Malibu <br><br> VALUE $ **$7,727.00** | | | | **$16,652.87** | **$8,925.87** |

_0_ continuation sheets attached

Subtotal ► (Total of this page)

| $ | **38,008.60** | $ | **8,925.87** |
|---|---|---|---|

Total ► (Use only on last page)

| $ | **38,008.60** | $ | **8,925.87** |
|---|---|---|---|

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13)

In re __Eric Joseph Legarda_____,        Case No. __14-13593_____
                          Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (AMENDED)

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☒  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__2__  continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re  Eric Joseph Legarda_____ ,     Case No. 14-13593_____
                    **Debtor**                                           **(if known)**

# AMENDED
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Linda Legarda**<br>**1059 Wingate Court**<br>**Bel Air, MD 21014** | | | **Domestic Support Obligation** | | | | **$69,162.27** | **$23,000.00** | **$46,162.27** |

**Notes:** Estimated amount based on figures available at the time of filing.  Additional documentation requested in order to confirm figures.
**See Attachment 1 - Notes**

**Additional Contacts for Linda Legarda:**

**Anthony J. DiPaula**
**34 South Main Street**
**Bel Air, MD 21014**

**Jeffrey P. Nesson**
**Law Office of Jeffrey P. Nesson**
**11421 Reisterstown Road**
**Owings Mills, MD 21117**

| | | | | | |
|---|---|---|---|---|---|
| Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals▶ (Totals of this page) | $ | **69,162.27** | $ **23,000.00** | **$46,162.27** |
| | Total▶ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ | | | |
| | Totals▶ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re  **Eric Joseph Legarda**                          ,          Case No.  **14-13593**
                **Debtor**                                                    **(if known)**

# AMENDED
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Comptroller of Maryland State Office Bldg. 301 Preston Street, Suite 206 Baltimore, MD 21201-2384** | | | **State Taxes** | | | | **$5,000.00** | **$5,000.00** | **$0.00** |
| Account No. <br><br> **Internal Revenue Service 31 Hopkins Plaza, Rm 1150 Attn: L. Jiggetts Baltimore, MD 21201** | | | **Federal Taxes** | | | | **$34,364.49** | **$8,383.19** | **$25,981.30** |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals► (Totals of this page)    $ **39,364.49**   $ **13,383.19**   **$25,981.30**

Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **108,526.76**

Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **36,383.19**   $ **72,143.57**

# Attachment

**Attachment 1**

   **Notes**

      **Priority portion represents unpaid alimony.**
      **Non-priority amount represents unpaid marital distribution of assets.**

In re  <u>Eric Joseph Legarda</u>_____ ,  Case No. <u>14-13593</u>_____
                            Debtor                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (AMENDED)

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **AMCA** <br> **4 West Chester Plaza** <br> **Elmsford, NY 10523** | | | **Collections** <br> **Med 1 LCA Lab** | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | | **Credit Card Charges** | | | | **$700.00** |
| **ACCOUNT NO.** <br><br> **Credit Protection Assoc.** <br> **Attn: Bankruptcy** <br> **PO Box 802068** <br> **Dallas, TX 75380** | | | **Collections** <br> **Comcast** | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **Nationcoll** <br> **2015 Vaughn Road** <br> **Kennesaw, GA 30144** | | | **Collections** <br> **DirecTV** | | | | **$0.00** |

<u>  0  </u> continuation sheets attached

Subtotal➤   $     **700.00**

Total➤   $     **700.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  **Eric Joseph Legarda,**                                     Case No.  **14-13593**
                          **Debtor**                                                    **(if known)**

# AMENDED - SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

◉ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bob Hickey 601 Linwood Ave. Bel Air, MD 21014 | Description: Lease for residence<br><br>Nature of Debtor's Interest: Lessee |

B 6H (Official Form 6H) (12/07)

In re  **Eric Joseph Legarda,** _____    Case No.  **14-13593** _____
                                              **Debtor**                                                      **(if known)**

# AMENDED – SCHEDULE H - CODEBTORS

◉ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

Debtor 1    **Eric Joseph Legarda**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for: **Maryland**

Case number   **14-13593**
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Territory Sales Manager | |
| Employer's name | Pepsi Beverages | |
| Employer's address | 1650 Union Ave.<br>Number   Street | Number   Street |
| | Baltimore, MD 21211<br>City     State    ZIP Code | City     State    ZIP Code |
| How long employed there? | 4 years | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 9,258.34 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 9,258.34 | $ 0.00 |

Debtor 1    **Eric Joseph Legarda**                    Case number *(if known)* **14-13593**
First Name    Middle Name    Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ..................................................➔ | 4. | $ **9,258.34** | $ **0.00** |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **2,014.68** | $ **0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **328.77** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: **See Attachment 1** | 5h. | + $ **499.72** | + $ **0.00** |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ **2,843.17** | $ **0.00** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **6,415.17** | $ **0.00** |

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.                                                                                    8a.  $ **0.00**   $ **0.00**

8b. **Interest and dividends**                                                                                                      8b.  $ **0.00**   $ **0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.                                                                              8c.  $ **0.00**   $ **0.00**

8d. **Unemployment compensation**                                                                                        8d.  $ **0.00**   $ **0.00**

8e. **Social Security**                                                                                                                  8e.  $ **0.00**   $ **0.00**

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f.  $ **0.00**   $ **0.00**

8g. **Pension or retirement income**                                                                                    8g.  $ **0.00**   $ **0.00**

8h. **Other monthly income.** Specify: _____    8h.  + $ **0.00**   + $ **0.00**

| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ **0.00** | $ **0.00** |
|---|---|---|---|

| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **6,415.17** | + $ **0.00** | = $ **6,415.17** |
|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.   $ **6,415.17**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☐ Yes. Explain: _____

# Addendum

**Attachment 1**

> **Description: 401k Plan**
> **Debtor's Amount: $220.34**
>
> **Description: AD&D**
> **Debtor's Amount: $15.15**
>
> **Description: Health FSA**
> **Debtor's Amount: $125.00**
>
> **Description: Legal Plan**
> **Debtor's Amount: $16.16**
>
> **Description: Life Insurance**
> **Debtor's Amount: $93.32**
>
> **Description: LTD**
> **Debtor's Amount: $29.75**

**Attachment 2: Additional Notes**

> **Debtor was recently assigned to a division within his company where he is not eligible for mileage reimbursement or bonuses.  His understanding is that this is a temporary assignment; however, he has not been given a timeframe on the length of the assignment. His base salary was not affected by the new assignment.**

**Fill in this information to identify your case:**

Debtor 1   **Eric Joseph Legarda**
First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for : **Maryland**

Case number   **14-13593**
(if known)

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Describe Your Household** |
| --- | --- |

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☒ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

| **Part 2:** | **Estimate Your Ongoing Monthly Expenses** |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

|  | **Your expenses** |
| --- | --- |

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.   $ **1,500.00**

If not included in line 4:

4a. Real estate taxes    4a.   $ **0.00**

4b. Property, homeowner's, or renter's insurance    4b.   $ **18.75**

4c. Home maintenance, repair, and upkeep expenses    4c.   $ **100.00**

4d. Homeowner's association or condominium dues    4d.   $ **0.00**

Debtor 1   **Eric Joseph Legarda**                                Case number (*if known*) **14-13593**
           First Name   Middle Name   Last Name

|  | | Your expenses |
|--|--|--|

5.  **Additional mortgage payments for your residence**, such as home equity loans    5.  $ 0.00

6.  **Utilities:**

   6a.  Electricity, heat, natural gas                                6a.  $ **325.00**

   6b.  Water, sewer, garbage collection                           6b.  $ **0.00**

   6c.  Telephone, cell phone, Internet, satellite, and cable services   6c.  $ **205.00**

   6d.  Other. Specify:  **Cell Phone**                             6d.  $ **195.00**

7.  **Food and housekeeping supplies**                              7.  $ **400.00**

8.  **Childcare and children's education costs**                    8.  $ **0.00**

9.  **Clothing, laundry, and dry cleaning**                         9.  $ **100.00**

10.  **Personal care products and services**                        10.  $ **0.00**

11.  **Medical and dental expenses**                                11.  $ **200.00**

12.  **Transportation.** Include gas, maintenance, bus or train fare.
     Do not include car payments.                                  12.  $ **400.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.  $ **100.00**

14.  **Charitable contributions and religious donations**           14.  $ **0.00**

15.  **Insurance.**
     Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance                                          15a.  $ **48.00**

   15b.  Health insurance                                        15b.  $ **0.00**

   15c.  Vehicle insurance                                       15c.  $ **176.80**

   15d.  Other insurance. Specify:_____               15d.  $ **0.00**

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
     Specify: _____               16.  $ **0.00**

17.  **Installment or lease payments:**

   17a.  Car payments for Vehicle 1                              17a.  $ **383.80**

   17b.  Car payments for Vehicle 2                              17b.  $ **0.00**

   17c.  Other. Specify:_____                        17c.  $_____

   17d.  Other. Specify:_____                        17d.  $_____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted
     from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**   18.  $ **0.00**

19.  **Other payments you make to support others who do not live with you.**
     Specify:_____               19.  $ **0.00**

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property                            20a.  $ **0.00**

   20b.  Real estate taxes                                        20b.  $ **0.00**

   20c.  Property, homeowner's, or renter's insurance             20c.  $ **0.00**

   20d.  Maintenance, repair, and upkeep expenses                 20d.  $ **0.00**

   20e.  Homeowner's association or condominium dues              20e.  $ **0.00**

Debtor 1    **Eric Joseph Legarda**          Case number *(if known)* **14-13593**
First Name     Middle Name     Last Name

---

21. **Other.** Specify: **See Attachment 1**          21.   +$ **555.00**

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.          22.   $ **4,707.35**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.      23a.   $ **6,415.17**

    23b. Copy your monthly expenses from line 22 above.      23b.   – $ **4,707.35**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*          23c.   $ **1,707.82**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☒ Yes.

    > Explain here:
    > **Attorney fees will be paid in accordance with Debtor's Amended 2016B over a 6 month period.**
    > **Attorney Fees will be paid July 2014 through December 2014**
    > **Debtor's auto expense is for the use of a vehicle not in his name for which he pays the monthly loan**
    > **payment.**

# Addendum

**Attachment 1**

**Description: EZ Pass**
**Amount: 55.00**

**Description: Attorney Fees**
**Amount: 500.00**

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
### MARYLAND

In re

**Eric Joseph Legarda**                         ,
*Debtor*

Case No. **14-13593**

Chapter _____

### AMENDED -
## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 69,162.27 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 13,383.19 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 82,545.46 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 12) | $ | 6,415.17 |
| Average Expenses (from Schedule J, Line 22) | $ | 4,707.35 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 9,258.34 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 8,925.87 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 36,383.19 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 72,143.57 |
| 4.  Total from Schedule F | | $ 700.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 81,769.44 |

In re   **Eric Joseph Legarda** _____ ,
    Case No. __14-13593_____
          **Debtor**                                                           **(if known)**

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 12, 2014** _____         Signature: **s/Eric Joseph Legarda** _____
                                                           **Eric Joseph Legarda**   Debtor

Date _____         Signature: _____
                                                                  (Joint Debtor, if any)

                                         [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
  Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
--------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                Signature: _____

                                            _____
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.